FILED: August 29, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4625

(1:13-sw-00522-CMH-1)

_____

In re: UNDER SEAL

------------------------------

UNITED STATES OF AMERICA

   Plaintiff - Appellee

v.

UNDER SEAL

   Party-in-Interest - Appellant

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Eastern District of Virginia at Alexandria |
| Originating Case Number | 1:13-sw-00522-CMH-1 |
| Date notice of appeal filed in originating court: | 08/16/2013 |
| Appellant (s) | Under Seal |
| Appellate Case Number | 13-4625 |

| Case Manager | RJ Warren<br>804-916-2702 |