FILED: August 29, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4625 (L)
(1:13-sw-00522-CMH-1)
(1:13-dm-00022-CMH-1)

_____

In re: UNDER SEAL

-------------------------------

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

UNDER SEAL

      Party-in-Interest - Appellant

_____

No. 13-4626
(1:13-dm-00022-CMH-1)
(1:13-sw-00522-CMH-1)

_____

In re: GRAND JURY PROCEEDINGS

-------------------------------

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

UNDER SEAL

        Party-in-Interest - Appellant

_____

O R D E R

_____

        The court consolidates Case No. 13-4625 and Case No. 13-4626. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

        For the Court--By Direction

        /s/ Patricia S. Connor, Clerk