# General Docket
## United States Court of Appeals for the Fourth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 13–4625 | **Docketed:** 08/29/2013 |
| In re: Under Seal | |
| **Appeal From:** United States District Court for the Eastern District of Virginia at Alexandria | |
| **Fee Status:** fee paid | |

**Case Type Information:**
  **1)** Grand Jury Proceeding
  **2)** Interlocutory
  **3)** null

**Originating Court Information:**
  **District:** 0422–1 : 1:13–sw–00522–CMH–1
  **Presiding Judge:** Claude M. Hilton, Senior U. S. District Court Judge
  **Date Filed:** 07/16/2013

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 08/05/2013 | 08/16/2013 | 08/16/2013 | 08/28/2013 |
| 08/01/2013 | 08/16/2013 | | |

  **District:** 0422–1 : 1:13–dm–00022–CMH–1
  **Presiding Judge:** Claude M. Hilton, Senior U. S. District Court Judge
  **Date Filed:** 07/16/2013

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 08/05/2013 | 08/16/2013 | 08/16/2013 | 08/28/2013 |
| 08/01/2013 | 08/16/2013 | | |

**Prior Cases:**
  None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidated | 13–4625 | 13–4626 | 08/29/2013 | |

In re: UNDER SEAL
_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>        Plaintiff – Appellee | Michael Phillip Ben'Ary, Assistant U. S. Attorney<br>Direct: 703–299–3700<br>Email: michael.ben'ary2@usdoj.gov<br>[NTC Government]<br>OFFICE OF THE UNITED STATES ATTORNEY<br>2100 Jamieson Avenue<br>Alexandria, VA 22314–5194 |
| | James L. Trump, Assistant U. S. Attorney<br>Direct: 703–299–3726<br>Email: jim.trump@usdoj.gov<br>[NTC Government]<br>OFFICE OF THE UNITED STATES ATTORNEY<br>2100 Jamieson Avenue<br>Alexandria, VA 22314–5194 |
| v. | |
| UNDER SEAL<br>        Party–in–Interest – Appellant | Jesse Ryan Binnall<br>Direct: 703–229–0335<br>Email: jbinnall@bblawonline.com<br>[NTC Retained]<br>BRONLEY & BINNALL, PLLC<br>Suite 201<br>10387 Main Street<br>Fairfax, VA 22030–0000 |

In re:  UNDER SEAL

_____

UNITED STATES OF AMERICA

        Plaintiff – Appellee

v.

UNDER SEAL

        Party–in–Interest – Appellant

**General Docket**
**United States Court of Appeals for the Fourth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 13–4626 | **Docketed:** 08/29/2013 |
| In re: Grand Jury Proceedings | |
| **Appeal From:** United States District Court for the Eastern District of Virginia at Alexandria | |
| **Fee Status:** fee paid | |

**Case Type Information:**
  **1)** Grand Jury Proceeding
  **2)** Interlocutory
  **3)** null

**Originating Court Information:**
  **District:** 0422–1 : 1:13–dm–00022–CMH–1
  **Presiding Judge:** Claude M. Hilton, Senior U. S. District Court Judge
  **Date Filed:** 07/16/2013

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 08/05/2013 | 08/16/2013 | 08/16/2013 | 08/28/2013 |
| 08/01/2013 | 08/16/2013 | | |

  **District:** 0422–1 : 1:13–sw–00522–CMH–1
  **Presiding Judge:** Claude M. Hilton, Senior U. S. District Court Judge
  **Date Filed:** 07/16/2013

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 08/05/2013 | 08/16/2013 | 08/16/2013 | 08/28/2013 |
| 08/01/2013 | 08/16/2013 | | |

**Prior Cases:**
  None

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidated | 13–4625 | 13–4626 | 08/29/2013 | |

In re: UNDER SEAL
_____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff – Appellee | Michael Phillip Ben'Ary, Assistant U. S. Attorney<br>Direct: 703−299−3700<br>Email: michael.ben'ary2@usdoj.gov<br>[NTC Government]<br>OFFICE OF THE UNITED STATES ATTORNEY<br>2100 Jamieson Avenue<br>Alexandria, VA 22314−5194 |
| | James L. Trump, Assistant U. S. Attorney<br>Direct: 703−299−3726<br>Email: jim.trump@usdoj.gov<br>[NTC Government]<br>OFFICE OF THE UNITED STATES ATTORNEY<br>2100 Jamieson Avenue<br>Alexandria, VA 22314−5194 |
| v. | |
| UNDER SEAL<br>    Party−in−Interest – Appellant | Jesse Ryan Binnall<br>Direct: 703−229−0335<br>Email: jbinnall@bblawonline.com<br>[NTC Retained]<br>BRONLEY & BINNALL, PLLC<br>Suite 201<br>10387 Main Street<br>Fairfax, VA 22030−0000 |

In re: GRAND JURY PROCEEDINGS

------------------------------

UNITED STATES OF AMERICA

        Plaintiff – Appellee

v.

UNDER SEAL

        Party–in–Interest – Appellant

13–4626 In re: Grand Jury Proceedings

**Combined Docket Entries**

| | | |
|---|---|---|
| 08/29/2013 | | Case docketed. Originating case number: 1:13–sw–00522–CMH–1. Case manager: RWarren. [13–4625] (RW) |
| 08/29/2013 | | Case docketed. Originating case number: 1:13–dm–00022–CMH–1. Case manager: RWarren. [13–4626] (RW) |
| 08/29/2013 | | ORDER filed [999183226] consolidating case 13–4626 with 13–4625. Copies to all parties.. [13–4625, 13–4626] (RW) |