# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. __13-4625, 13-4626__ as

[✓] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [ ] Pro Bono  [ ] Government

COUNSEL FOR: __Under Seal__

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

/s/ Jesse R. Binnall
(signature)

Jesse R. Binnall
Name (printed or typed)

703-647-5926
Voice Phone

Bronley & Binnall, PLLC
Firm Name (if applicable)

703-537-0780
Fax Number

10387 Main Street, Suite 201

Fairfax, Virginia 22030
Address

jbinnall@bblawonline.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __September 13, 2013__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| James L. Trump<br>Senior Ligitation Counsel<br>United States Attorney's Office<br>Eastern District of Virginia<br>2100 Jamieson Avenue<br>Alexandria, Virginia 22314 | Michael Phillip Ben'Ary<br>United States Attorney's Office<br>Eastern District of Virginia<br>2100 Jamieson Avenue<br>Alxeandria, Virginia 22314 |

/s/ Jesse R. Binnall
Signature

September 13, 2013
Date

11/17/2011
SCC