## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 25, 2013

_____

RESPONSE REQUESTED

_____

No.   13-4625 (L),    In re: Under Seal
                     1:13-sw-00522-CMH-1, 1:13-dm-00022-CMH-1

TO:   James L. Trump
      Michael Phillip Ben'Ary

RESPONSE DUE: 10/02/2013

Response is required to the motion to unseal portion of record and to extend filing time for amicus curiae briefs. Response(s) must be filed by the response due date shown in this notice.

RJ Warren, Deputy Clerk
804-916-2702