IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| In re: UNDER SEAL | ) | FILED UNDER SEAL |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | No. 13-4625(L) |
| | ) | |
| v. | ) | |
| | ) | |
| UNDER SEAL | ) | |
| | ) | |
| Party-in-Interest -Appellant | ) | |
| _____ | ) | |

**CERTIFICATE OF CONFIDENTIALITY**

Appellee, the United States of America, pursuant to Rule 25(c) of the Local Rules and Internal Operating Procedures of the Fourth Circuit, hereby certifies the following information regarding the *Response of the United States in Opposition to Motion to Unseal and Extend Filing Time for Briefs*, filed under seal on September 27, 2013:

    (i)    *Identify the sealed material*:

        All of the underlying record of the district court remains under seal, including the identity of Appellants;

*(ii)* *List the dates of the orders sealing the material*:

    June 10, 2013.  Order issued under 18 U.S.C. § 2703(d).

    June 28, 2013.  Pen Register Order issued under 18 U.S.C. § 3123.

    July 9, 2013.  Order to Show Cause.

    July 16, 2013.  Oral order (Hilton, J.).

    July 16, 2013.  Order Denying Motion to Unseal.

    August 1, 2013.  Oral order (Hilton, J.).

    August 1, 2013.  Order Denying Motions.

    August 5, 2013.  Order.

*(iii)* *Specify the terms of the protective order governing the information*:

    The entire record in the district court, including all applications, subpoenas, motions, warrants, and orders, remains under seal.

Appeal: 13-4625      Doc: 15          Filed: 09/27/2013      Pg: 2 of 4

 *(iv)* *Identify the appellate document that contains the sealed information*:

   Response of the United States in Opposition to Motion to Unseal and Extend Filing Time for Briefs, filed under seal on September 27, 2013.

    Respectfully submitted,

    DANA J. BOENTE
    ACTING UNITED STATES ATTORNEY

By:     /s/
    James L. Trump
    Assistant United States Attorney
    United States Attorney's Office
    Justin W. Williams U.S. Attorney's Building
    2100 Jamieson Avenue
    Alexandria, Virginia 22314
    Phone: 703-299-3726
    Fax: 703-299-3981
    Email Address: jim.trump@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 27, 2013, the foregoing document was served on Jesse R. Binnall, 10387 Main Street, Suite 201, Fairfax, Virginia 22030, by electronic and U.S. Mail.

                                                                                     s/
James L. Trump
Assistant United States Attorney
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone:  703-299-3726
Fax: 703-299-3981
Email Address: jim.trump@usdoj.gov