# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **United States of America,** )  | |
| **Appellee,** ) | |
| ) | Case Nos. 13-4625(L); 13-4626 |
| **v.** ) | |
| ) | |
| **Under Seal,** ) | |
| **Appellant.** ) | |

## Motion to Extend Time for Filing Appellant's Brief and Appendix

Pursuant to Rule 27 of the Federal Rules of Appellate Procedure and Local Rule 27, Appellant, Under Seal, hereby moves for a seven (7) day extension of time within which to file Appellant's Brief and the Joint Appendix. In support of this motion, Appellant states:

1. Appellant's Brief and the Joint Appendix are currently due to be filed by October 3, 2013.

2. ███████████████████████████████████████████████████████████████████████████████

3. Due to this recent occurrence, additional time will be required to prepare the Appendix and perfect the appeal.

4. Pursuant to Local Rule 27(a), Appellant's counsel has spoken to Assistant United States Attorney, James Trump, Esquire about the intended filing of this Motion, and Mr. Trump stated that he has no objection to the granting of this motion.

WHEREFORE, for the reasons stated herein, Appellant requests that the Court extend the time to file Appellant's Brief and Joint Appendix seven (7) days until October 10, 2013.

Respectfully submitted, this 2nd day of October 2013.

/s/ Jesse R. Binnall
Jesse R. Binnall
BRONLEY & BINNALL, PLLC
10387 Main Street
Suite 201
Fairfax, VA 22030

*Counsel for Appellant*

## Certificate of Service

I hereby certify that on October 2, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Michael Phillip Ben'Ary
michael.ben'ary2@usdoj.gov

James L. Trump
jim.trump@usdoj.gov

*Counsel for Appellee*

/s/ Jesse R. Binnall
Jesse R. Binnall
BRONLEY & BINNALL, PLLC
10387 Main Street
Suite 201
Fairfax, VA 22030

*Counsel for Appellant*