FILED: October 2, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4625 (L)
(1:13-sw-00522-CMH-1)
(1:13-dm-00022-CMH-1)

_____

In re: UNDER SEAL

-------------------------------

UNITED STATES OF AMERICA

  Plaintiff - Appellee

v.

UNDER SEAL

  Party-in-Interest - Appellant

_____

O R D E R
_____

The court grants an extension of the briefing schedule as follows:

Appendix due: 10/10/2013

Opening brief due: 10/10/2013

Response brief due: 11/04/2013

Any reply brief: 10 days from service of response brief.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk