FILED:   October 9, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4625 (L)
(1:13-sw-00522-CMH-1)
(1:13-dm-00022-CMH-1)

_____

In re: UNDER SEAL,

-------------------------------

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

  v.

UNDER SEAL,

        Party-in-Interest – Appellant.

_____

No. 13-4626
(1:13-dm-00022-CMH-1)
(1:13-sw-00522-CMH-1)

_____

In re: GRAND JURY PROCEEDINGS,

-------------------------------

UNITED STATES OF AMERICA,

   Plaintiff – Appellee,

 v.

UNDER SEAL,

   Party-in-Interest – Appellant.

_____

### O R D E R
_____

Upon consideration of submissions relative to the motion to unseal the case or, in the alternative, for a protective order to allow potential amici curiae to view documents currently under seal, the motion is denied.

The motion for an extension of time to file amicus briefs is granted.

The court extends the briefing schedule as follows:

Any amicus brief in support of appellants due:  October 24, 2013

Government's response brief due:  November 12, 2013.

      For the Court

      /s/ Patricia S. Connor, Clerk