FILED: October 17, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-4625 (L)
(1:13-sw-00522-CMH-1)
(1:13-dm-00022-CMH-1)

_____

In re: UNDER SEAL

-------------------------------

UNITED STATES OF AMERICA

       Plaintiff - Appellee

v.

UNDER SEAL 1; UNDER SEAL 2

       Parties-in-Interest - Appellants

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court places joint appendix volume two and the unredacted opening under seal.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk