UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an <u>Application for Admission</u> before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at <u>www.ca4.uscourts.gov/cmecftop.htm</u>.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 13-4625, 13-4626 as

☐ Retained  ☐ Court-appointed(CJA)  ☐ Court-assigned(non-CJA)  ☐ Federal Defender  ☑ Pro Bono  ☐ Government

COUNSEL FOR: Electronic Frontier Foundation _____ as the
_____
(party name)

☐ appellant(s)  ☐ appellee(s)  ☐ petitioner(s)  ☐ respondent(s)  ☑ amicus curiae  ☐ intervenor(s)

/s/ Kurt Opsahl
(signature)

Kurt Opsahl                                    (415) 436-9333
Name (printed or typed)                        Voice Phone

Electronic Frontier Foundation                 (415) 436-9993
Firm Name (if applicable)                      Fax Number

815 Eddy Street

San Francisco, CA  94109                       kurt@eff.org
Address                                        E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on October 24, 2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

/s/ Kurt Opsahl                                October 24, 2013
Signature                                      Date

11/17/2011
SCC