IN THE UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Appellee, | ) ) ) | |
| v. | ) ) | No.   13-4625(L) |
| UNDER SEAL, | ) ) ) | 13-4626 |
| Appellants. | ) ) | |

## GOVERNMENT'S RESPONSE TO COURT'S REQUEST

    The United States of America, through undersigned counsel, hereby notifies the Court that it has no objection to the revision of the case caption to identify the appellants.

                                        Respectfully submitted,

                                        Dana J. Boente
                                        Acting United States Attorney

                By:   /s/
                        Michael P. Ben'Ary
                        Assistant United States Attorney

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that I electonically filed a copy of the foregoing Government's Response to Court's Request on this 8th day of November 2013, using the ECF system, which will generate electronic notice to counsel for the parties, as listed below:

Jesse Ryan Binnall, Esquire
BRONLEY & BINNALL, PLLC
10387 Main Street
Fairfax, VA 22030

Marcia C. Hofmann, Esquire
LAW OFFICE OF MARCIA HOFMANN
25 Taylor Street
San Francisco, CA 94102

Laurin Howard Mills, Esquire
David Alan Warrington, Esquire
LECLAIR RYAN, PC
2318 Mill Road
Alexandria, VA 22314

Ian James Samuel, Esquire
JONES DAY
290 West 12th Street
New York, NY 10014

Alexander Abraham Abdo, Esquire
AMERICAN CIVIL LIBERTIES UNION
18th Floor
125 Broad Street
New York, NY 10004-2400

Mahesha Padmanabhan Subbaraman, Esquire
ROBINS, KAPLAN, MILLER & CIRESI
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015

Kurt B. Opsahl, Esquire
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109

                              /s/
                             Michael P. Ben'Ary
                             Assistant United States Attorney