**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
1100 EAST MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219-3517
WWW.CA4.USCOURTS.GOV

**PATRICIA S. CONNOR**
   **CLERK**

**TELEPHONE
(804) 916-2700**

January 9, 2014

Ian James Samuel, Esquire
JONES DAY
290 West 12th Street
New York, NY 10014

Andrew Peterson, Esquire
OFFICE OF THE UNITED STATES ATTORNEY
2100 Jamieson Avenue
Alexandria, VA 22314-5194

     Re:    No. 13-4625, In re: Under Seal
             1:13-sw-00522-CMH-1

Dear Counsel:

    Oral argument in this case is scheduled for January 28, 2014. Please respond to this notice within 7 days and advise this office of your position as to whether the courtroom should be sealed during all or a portion of the presentation of oral argument in this case. Your responses will be forwarded to the argument panel upon filing.

                                Sincerely,

                                /s/ Mark J. Zanchelli
                              _____
                              Chief Deputy Clerk

MJZ:abw