

U.S. Department of Justice
**United States Attorney's Office**
Eastern District of Virginia

---

Dana J. Boente  
Acting United States Attorney

2100 Jamieson Avenue  
Alexandria, VA 22314

(703) 299-3700  
(703) 299-3892 (fax)

January 9, 2014

Patricia S. Connor, Clerk  
United States Court of Appeals for the Fourth Circuit  
1100 East Main Street, Suite 501  
Richmond, VA 23219-3517

**Re: 13-4625,** *In re: Under Seal*

Dear Ms. Connor:

      The Office of the Clerk requested the United States' position on whether the courtroom needed to be sealed during all or a portion of the presentation of oral argument in the above-referenced matter. It is the position of the United States that the courtroom need not be sealed during presentation of the oral argument. Because the District Court has unsealed nearly the entire record below, and the information that remains sealed is both known to the Parties and irrelevant to the issues before the Court, the United States believes there will be no need for either Party to present sealed information at oral argument.

      Sincerely,

      Dana J. Boente  
      Acting United States Attorney

By: _____/s/_____  
      Andrew Peterson  
      Assistant United States Attorney

---