

10387 Main Street, Ste. 201
Fairfax, Virginia 22030
(703) 229-0335
(703) 537-0780 (fax)

Jonathan R. Bronley, Partner
Jesse R. Binnall, Partner

January 10, 2014

Patricia S. Connor, Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219-3517

      Re: 13-4625, *In re: Under Seal*

Dear Ms. Connor:

    The Office of the Clerk requested our position on whether the courtroom needed to be sealed during all or a portion of the presentation of oral argument in the above-referenced matter. We agree with the United States' position that sealing the courtroom is unnecessary due to the District Court unsealing the majority of the record below, and the parties will not need to present any presently sealed information at oral argument.

                                      Very truly yours,

                                      /s/ Jesse R. Binnall

                                      Jesse R .Binnall

LTG/alc